# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ELROY A. PHILLIPS,**

    **Plaintiff,**

v.                                                       Case No:   6:13-cv-363-Orl-22GJK

**ROBERT RILEY and SEAN DEGRILLA,**

    **Defendants.**

## ORDER

This cause is before the Court on Defendants', Robert Riley and Sean DeGrilla, Renewed Motion for Sanctions (Doc. No. 39) filed on October 10, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED and the case be DISMISSED WITH PREJUDICE.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 7, 2014 (Doc. No. 44), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Defendants', Robert Riley and Sean DeGrilla, Renewed Motion for Sanctions is hereby GRANTED.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on November 24, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties